UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLYN WATTS,<br><br>                                    Plaintiff,<br><br>           -against-<br><br>INGRID BRITO, et al.,<br><br>                                    Defendants. | 1:23-CV-7836 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 27, 2023, the Court granted Plaintiff 60 days' leave to file an amended complaint. That order specified that failure to comply would result in dismissal of this action; the Court would dismiss Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, and would decline to consider, under its supplemental jurisdiction, Plaintiff's claims under state and local law. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action; the Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state and local law, *see* 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Court directs the Clerk of Court to enter a judgment dismissing this action.

SO ORDERED.

Dated:   January 30, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                        Chief United States District Judge