UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARYLN WATTS,

                Plaintiff,

    -against-

INGRID BRITO, ET AL,

                Defendants.

23-CV-7836 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 30, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 30, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge